UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

IN RE:                                CHAPTER 13
                                      BANKRUPTCY NO. 16-00455-lmj13
SARA L. SALE,

        Debtor.

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE

The debtor makes the following statements and certifications:

1. I have satisfied all Plan requirements.

2. __✓__ I am not required to pay any Domestic Support Obligations.

   _____ I am required to pay Domestic Support Obligations and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the Plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

3. The provisions of 11 U.S.C Sec. 522(q)(1) are not applicable to me.

4. There is not pending a proceeding in which I may be found guilty of a felony of the kind described in Sec.522(q)(1)(A) or liable for a debt of the kind described in Sec. 522(q)(1)(B).

5. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance as required by Bankruptcy Rule 1007(b)(7) has been filed with the Court.

6. I am entitled to a discharge under 11 U.S. C. Sec. 1328.

   I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court of enter a discharge in this case.

Dated: 4/8/21                                   _____
                                                Debtor

**File with the Bankruptcy Court: 110 E. Court Avenue, Ste. 300, Des Moines, IA 50309**

## Attorney's Certification

I certify that I am the attorney for the Debtor in this bankruptcy case, and that prior to the execution and filing of this motion, I have explained to the Debtor the meaning of the allegations contained herein.

_4/9/21_____          _____
Dated                                              Attorney for Debtor